**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       ) | CV-01-0317-PHX-LOA |
|                                 ) |  |
| Plaintiff,   ) | **ORDER** |
| vs.                             ) | |
|                                 ) | |
| Ted G. McFerran,                ) | |
|                                 ) | |
| Defendant.   ) | |
|                                 ) | |

      Having reviewed *Espinoza v. United Student Aid Funds, Inc.* (*In re Espinoza*), ___ F.3d ___, 2008 WL 4426634 (9th Cir. filed Oct. 3, 2008) and on the Court's own motion,

      **IT IS ORDERED** that Plaintiff and Defendant shall file supplemental briefing, not exceeding **five** pages, on whether *Espinoza* and its approved Ninth Circuit precedent mandate that this Court find that Defendant's student loan obligations to Plaintiff were discharged in Defendant's bankruptcy proceedings and that Plaintiff's garnishment proceedings herein be dismissed with prejudice. Each party shall explain its legal position on these issues and provide supportive legal authorities. The parties' supplemental briefing shall be filed on or before **Friday, October 17, 2008**. Responses or replies to the supplemental briefing are not permitted.

      DATED this 3rd day of October, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge